318

RANDALL E. SMITH, *ET AL.*, PLAINTIFFS-PETITIONERS, v.
CLIFFORD L. WHITMAN, DEFENDANT-RESPONDENT.

*Messrs. Major & Major* for the petitioners.

*Messrs. Losche & Losche* for the respondent.

September 17, 1962.   Granted.